**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LISA KILKER,** | ) | **CASE NO. 8:25-CV-614** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANT EWING'S** |
| | ) | **DECLARATION IN OPPOSITION** |
| **JOHN EWING, JR.,** | ) | **TO PRELIMINARY INJUNCTION** |
| | ) | |
| **Defendant.** | ) | |

I, defendant John Ewing, Jr., declare the following under the penalty of perjury pursuant to 28 U.S.C. § 1746:

1.  I am the Mayor of the City of Omaha, Nebraska and have served in this capacity since June 9, 2025. I am familiar with the events giving rise to this lawsuit; and I understand Plaintiff Lisa Kilker's ("Ms. Kilker") claim that I violated a right that the First Amendment protects.

2.  I have a Facebook page titled "Mayor John W. Ewing, Jr." (hereinafter "the Page"). I use this page to provide information to other social media users who choose to follow it. I do not intend to use the Page or my posts in it to create an opportunity for expressive activity by members of the public. To this end, I ordinarily deactivate the commenting function for posts made on the Page. In the past, others acting on my behalf have made posts to the Page. When that happens, it is done with the understanding that the commenting function is to be deactivated.

3.  My ordinary deactivation of comments to posts made on the Page is a categorical approach that is viewpoint - and content-neutral. I intend for the deactivation of the commenting function to apply to all posts on the Page and in relation to all users who follow the Page.

4.  Due to an error, several Facebook posts made around the same time as the October 4, 2025 post that is at issue in this lawsuit did not have the comment function deactivated. Deactivation must be done on a post-by-post basis, and there was a window of time when this step was forgotten. Even though I interacted with some commenters during this time period, doing so is not my ordinary practice. By mid- to late-October 2025, the comment function on all posts to the Page was once again being deactivated. Moving forward, all posts to the Page will have the comment function deactivated.

1



EXHIBIT

1

5. I no longer manage the technical aspects of the Page – such as making sure the commenting function is disabled – beginning October, 2025. I have delegated management of the Page to a member of my staff and this person knows to ensure that the commenting function is deactivated for all posts on the Page. It is my intention to continue using the Page for its intended purposes and for the commenting function to be deactivated for all posts.

6. I understand and acknowledge that once comments were enabled on posts made to the Page, I could not edit those comments, delete them, or block the users who made them based upon the viewpoints or content being expressed. I should not have deleted Ms. Kilker's comment from the October 4, 2025 post at issue in this lawsuit. I further understand and acknowledge that I should not have blocked her from the Page based upon her comment.

7. I do not block Ms. Kilker from the Page. I have no intention of blocking her from the Page again.

8. I have asked about restoring the October 4, 2025 post and the comments and learned that they can no longer be restored. I had only thirty (30) days from the date of deletion to restore the October 4, 2025 post and its comments. With the closing of that time frame, restoration of the post and comments is simply not anything that may be accomplished.

JOHN EWING, JR., Mayor of the City of Omaha

2