IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA KILKER,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOHN EWINGJR., in his official capacity as<br>Mayor of the City of Omaha;<br><br>                Defendant. | **8:25CV614**<br><br><br>**ORDER** |

This matter comes before the Court on its own motion. Plaintiff has made a jury demand in this case, Filing No. 29 at 1 (amended complaint), to which Defendant has not objected, Filing No. 23 at 4 (parties' Rule 26(f) report).

The parties are hereby ordered to provide simultaneous briefs to the Court regarding the availability of a jury trial versus a bench trial in this case. In particular, the parties should address the nature of the damages claim to the extent it is relevant to the question of Plaintiff's right to a jury trial. Accordingly,

IT IS ORDERED:

1. On or before May 13, 2026, each party shall file a written brief addressing which claims in this matter can and should be tried to a jury. No further responses or replies will be allowed.

Dated this 29th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge