Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT FOR

### THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA KILKER,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN EWING, JR., in his official capacity as Mayor of Omaha,<br><br>  Defendant. | Case No.:  8:25-cv-00614-JFB-JMD<br><br>**JOINT STIPULATION FOR ENTRY OF CONSENT JUDGMENT** |

Plaintiff Lisa Kilker and Defendant John Ewing, Jr., in his official capacity as Mayor of Omaha, by and through their respective counsel, jointly stipulate and respectfully request that the Court enter the accompanying Consent Judgment, and in support state as follows:

1.      On May 26, 2026, the Court granted summary judgment to Plaintiff on Count I and denied summary judgment on Count II, setting Count II for trial on June 23–24, 2026. Filing No. 45.

2.      To resolve this action in its entirety and avoid the expense and burden of trial, the Parties consent to the entry of final judgment for Plaintiff on Count I and to the dismissal of Count II with prejudice. Defendant agrees and consents to the entry of a declaration that his deletion of Plaintiff's comment, his blocking of Plaintiff from his official Facebook page, and his deletion of the entire October 4, 2025 post and its associated public comment forum each

constituted viewpoint discrimination in violation of the First Amendment, undertaken under color of law.

3.    The parties stipulate that the Court may enter judgment awarding Plaintiff (a) declaratory relief; (b) permanent injunctive relief; (c) nominal damages in the amount of $2.00; and (d) attorney's fees and costs in the amount of $49,997.00, in the form set forth in the accompanying Consent Judgment.

4.    Plaintiff is the prevailing party in this action. The parties have agreed, and stipulate, that Plaintiff shall be awarded $49,997.00 in attorney's fees and costs under 42 U.S.C. § 1988, and that Defendant's payment of the total sum of $49,999.00 (inclusive of the $2.00 nominal-damages award), within thirty (30) days of entry of the Consent Judgment, shall satisfy in full Plaintiff's nominal-damages award and her award of fees and costs.

5.    The parties stipulate that the Court shall retain jurisdiction to enforce the Consent Judgment, including the payment obligation set forth therein.

6.    Entry of the Consent Judgment resolves all claims in this action.

WHEREFORE, the parties respectfully request that the Court enter the accompanying Consent Judgment.

Dated: June 3, 2026

Respectfully submitted,

By: s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave., Suite 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff Lisa Kilker*

Dated: June 3, 2026

By: s/ Timothy K. Dolan
Timothy K. Dolan (NE Bar No. 20978)
City Law Department
Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, Nebraska 68183
Telephone: (402) 444-5115
tim.dolan@cityofomaha.org

*Attorney for Defendant John Ewing, Jr.*