# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

———————————

No.  26-1043

———————————

Lisa Kilker

Plaintiff - Appellant

v.

John W. Ewing, Jr., in his official capacity as Mayor of the City of Omaha

Defendant - Appellee

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:25-cv-00614-JFB)

**JUDGMENT**

Before LOKEN, GRUENDER, and KELLY, Circuit Judges.

The parties have stipulated to the dismissal of the appeal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 05, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler