# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1043

Lisa Kilker

Appellant

v.

John W. Ewing, Jr., in his official capacity as Mayor of the City of Omaha

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:25-cv-00614-JFB)

---

## MANDATE

In accordance with the judgment of June 5, 2026, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

June 05, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit